IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE D. MCCUNE,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4046

Opinion filed December 28, 2015.

An appeal from an order of the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Willie D. McCune, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, and Barbara Debelius, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

    Because no final order has been rendered by the lower tribunal, the appeal is premature. Accordingly, appellee's motion to dismiss is granted and the appeal is dismissed. The dismissal is without prejudice to appellant to seek review after the court renders a final, appealable order.

MARSTILLER, RAY, and BILBREY, JJ., CONCUR.